**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-6568**

─────────────

ROBERT E. MCVICKER,

                                    Petitioner - Appellant,

        versus

STEPHEN YARDLEY, Warden, Denmar Correctional
Center,

                                    Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  Robert Earl Maxwell, Senior
District Judge.  (CA-98-50-2)

─────────────

Submitted:  August 31, 2001          Decided:  October 15, 2001

─────────────

Before NIEMEYER, LUTTIG, and MOTZ, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Robert E. McVicker, Appellant Pro Se.  Dawn Ellen Warfield, OFFICE
OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Vir-
ginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert E. McVicker appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. McVicker v. Yardley, No. CA-98-50-2 (N.D.W. Va. Mar. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED